1
2
3
4
5
6
7

FILED
08 APR -3 AM 9:11
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: [signature]
DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br><br>                            Plaintiff,<br><br>v.<br><br>LIMITED BRANDS, INC., BATH AND BODY WORKS, INC.,<br><br>                            Defendant.<br><br>LEWIS BEACH, SUSAN BEACH,<br><br>                            Plaintiffs,<br><br>v.<br><br>BATH & BODY WORKS, LLC, and DOES 1 through 30, Inclusive,<br><br>                            Defendants | Civil No.  Lead Case:<br>06cv2685 W (POR)<br>Member Case:<br>07cv0391 W (POR)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS CASES WITH PREJUDICE [DOC. NO. 20]** |

      On March 26, 2008, the parties filed a joint motion to dismiss these consolidated cases (Case No. 06cv2685 and Case No. 07cv0391) with prejudice. Good cause

appearing, the Court **GRANTS** the parties' motion (Doc. No. 20).  The parties shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATE: March 27, 2008

HON. THOMAS J. WHELAN
United States District Court
Southern District of California